**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6532**

KEVIN LEON SMITH,

                    Plaintiff - Appellant,

          v.

PARCELL, Deputy Sargent of Chesapeake City Jail; WOLF, Deputy
Officer of Chesapeake City Jail,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   James R. Spencer, Senior
District Judge.  (3:13-cv-00564-JRS-RCY)

Submitted:  June 25, 2015          Decided:  June 30, 2015

Before GREGORY, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kevin Leon Smith, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Leon Smith appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Smith v. Parcell, No. 3:13-cv-00564-JRS-RCY (E.D. Va. Mar. 24, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED